# Exhibit A



**FLORENCE PAPER CORP. EST 1959**

75 Broad St. • Suite 202 • New York, NY 10004
Phone: 212-785-0753  Fax: 212-785-0742

| Quotation | | | PURCHASE ORDER | X |
|---|---|---|---|---|
| | | | Date: October 12, 2017 | |
| Vendor: | SHENZHEN HUIBAO | | | |
| Print Name: | KITTSONA | | PO# 35585 | |
| Item #: | KITT10 | Description:#KITT10- PAPER SHOPPING BAGS "KITTSONA" | | |
| Order Quantity: | 100 CARTONS | F.O.B. Cost: $33.00/CTN | | |
| Bag Type: | PAPER SHOPPER | C.I.F. Cost | | |
| Bag Size: | 10x3x6.5x3 | In Pounds | | |
| Paper: | white kraft paper | Net Weight/Product: | | |
| PAPER Color: | white kraft paper | Gross Weight/Product+Carton: | | |
| Paper GSM : | 140 GSM | Approximate CBM/Carton: | | |
| Printed Sides: | 4 -CMYK AS PER ART | Packed Per Carton: 100/CTN | | |
| Printed Colors: | 4 COLOR PROCEES AS PER ART | Carton Markings: SEE ATTACHED | | |
| Handle Type: | Chevron grey cotton poly twill | | | |
| Handle Length : | .752" width -2x13.5" outside length | Shipped Via: OUR FORWADER | | |
| Cardboard Bottom: | Yes - 350 GSM- White side up | | | |
| Finish: | Uncoated | Payment terms: TT 120 DAYS AFTER B/L | | |
| Hot Stamp: | Foil luxor - 415 | | | |
| Additional Instructions: | SHIPPING INSTRUCTIONS TO ADVISE - PLEASE ADVISE WHEN GOODS IS READY | | | |
| | EXACT REPEAT OF PREVIOUS PO# 35491 | | | |
| | Handle same as Anthropolgie  Paper Medium bag | | | |

TOTAL COST USD $3,300.00
USHA KHOBLALL

Carton Marking

\*\*\*To be placed on all 4 sides

**KITT10**

**10X3X6.5X3**

**SMALL PAPER -- SHOPPING BAGS**

**100/CTN**

**KITTSONA**

Made In China

ON BOTTOM OF CARTON



**FLORENCE PAPER CORP. EST. 1959**

75 Broad St. • Suite 202 • New York, NY 10004
Phone: 212-785-0753  Fax: 212-785-0742

| Quotation | | | PURCHASE ORDER | X |
|---|---|---|---|---|
| | | | Date: October 12, 2017 | |
| Vendor: | SHENZHEN HUIBAO | | | |
| Print Name: | KITTSONA | | PO# 35586 | |
| Item #: | KITT15 | Description:#KITT15 -PAPER SHOPPING BAGS "KITTSONA" | | |
| Order Quantity: | 200 CARTONS | F.O.B. Cost: $40.50/CTN | | |
| Bag Type: | PAPER SHOPPER | C.I.F. Cost | | |
| Bag Size: | 15.75X612X6 | In Pounds | | |
| Paper: | white kraft paper | Net Weight/Product: | | |
| PAPER Color: | white kraft paper | Gross Weight/Product+Carton: | | |
| Paper GSM : | 140 GSM | Approximate CBM/Carton: | | |
| Printed Sides: | 4 -CMYK AS PER ART | Packed Per Carton: 100/CTN | | |
| Printed Colors: | 4 COLOR PROCEES AS PER ART | Carton Markings: SEE ATTACHED | | |
| Handle Type: | Chevron grey cotton poly twill | | | |
| Handle Length : | .75" 2x13.5" long | Shipped Via: OUR FORWADER | | |
| Cardboard Bottom: | Yes - 350 GSM- White side up | | | |
| Finish: | Uncoated | Payment terms: TT 120 DAYS AFTER B/L | | |
| Hot Stamp: | Foil luxor - 415 | | | |
| Additional Instructions: | SHIPPING INSTRUCTIONS TO ADVISE - PLEASE ADVISE WHEN GOODS IS READY | | | |
| | EXACT REPEAT OF PREVIOUS PO# 35492 | | | |
| | Handle same as Anthropolgie  Paper Medium bag | | | |

TOTAL COST USD $8,100.00
USHA KHOBLALL         *[signature]*

Carton Marking

***To be placed on all 4 sides

**KITT15**

**15.75X6X12X6**

**MEDIUM PAPER – SHOPPING BAGS**

**100/CTN**

**KITTSONA**

Made In China

ON BOTTOM OF CARTON

# Exhibit B

Best regards,
Cathleen

Sales Department
Shenzhen HuiBao Paper Products CO.,LTD

Direct Tel :(86)0755-29550126
Fax:(86)0755-29550156
ISO9001/ISO 14000 /FSC /SA8000 Certified Factory
Address: Building seven,1 to 5floor,Wandi Industrial Park,Xikeng community, Longhua New District Guanlan Office, Shenzhen P.R.C

Website: www.szhuibao.com.cn

**From:** cathleen@szhuibao.com.cn
**Date:** 2018-05-12 11:15
**To:** Lockley, Lee
**CC:** Shamah, Steve; Shamah, David S.; Alan Shamah; 'Cecilia Cheng'
**Subject:** Re: Wire

Hello Lee,

Received your following payments with thank you!

as per discussed with Steve, and you will help us to arrange a old payments 100k at next week, thank you check and advise!

| OUTSTANDING PAYMENTS 2016 | | |
|---|---|---|
| Invoice no | account | DDS |
| HFB458 | 42840 | 274041 |
| HFB459 | 35092 | 273811 |
| HFB461 | 29988 | 273460 |
| HFB462 | 34356.2 | 274821 |
| HFB520 | 35092 | 277842 |
| HFB521 | 35092 | 277849 |
| HFB523 | 42450 | 292175 |

| invoice no | account | DDS |
|---|---|---|
| HFB524 | 32495 | 292853 |
| HFB525 | 32704 | 292852 |
| HFB526 | 33000 | 297122 |
| HFB528 | 37782 | 292854 |
| HFB530 | 42840 | 297123 |
| HFB531 | 35092 | 292177 |
| HFB532 | 42840 | 297120 |
| HFB533 | 35092 | 292176 |
| HFB534 | 26240 | 297124 |
| HFB536 | 63036 | 297121 |
| HFB537 | 36601 | 302980 |
| TOTAL | 672632.2 | |

| outstanding payment of 2017 | | | |
|---|---|---|---|
| invoice no | account | DDS | |
| HFB538 | 36540 | 305368 | |
| HFB539 | 42840 | 305373 | |
| HFB540 | 41692 | 305374 | |
| HFB541 | 42840 | 305369 | |
| HFB542 | 35092 | 305371 | |
| HFB543 | 21465 | LIVELY BOXES | |
| HFB544 | 35092 | 305375 | |
| HFB545 | 42840 | 305377 | |
| HFB546 | 42066 | 305378 | |
| HFB547 | 42840 | 305370 | |
| HFB548 | 35092 | 305376 | |
| HFB549 | 37298 | 305372 | |
| HFB550 | 3780 | BODY | |
| HFB551 | 3291 | 323234 | |
| HFB552 | 49455 | 315019 | |
| HFB553 | 50184 | 315013 | |
| HFB554 | 50184 | 315017 | |

| | | | |
|---|---|---|---|
| HFB555 | 42635 | 315018 | |
| HFB556 | 43016 | 315012 | |
| HFB557 | 43016 | 315015 | |
| HFB558 | 43016 | 315016 | |
| HFB559 | 50184 | 315014 | |
| HFB560 | 18150 | 318152 | |
| HFB561 | 50184 | 315010 | |
| HFB562 | 40760 | 318150 | |
| HFB563 | 43016 | 318151 | |
| HFB564 | 39378 | 318153 | |
| HFB574 | 45165 | 330917 | |
| HFB575 | 37350 | 330921 | |
| HFB576 | 29700 | 330916 | |
| HFB577 | 38714 | 330910 | |
| HFB578 | 39609 | 330933 | |
| HFB579 | 38714 | 330911 | |
| HFB580 | 45165 | 330906 | |
| HFB581 | 35708 | 330922 | |
| HFB582 | 45165 | 330918 | |
| HFB583 | 7010 | KT bag | |
| HFB584 | 43227 | 334039 | |
| HFB585 | 49284 | 334043 | |
| HFB586 | 47172 | 334034 | |
| HFB587 | 38829 | 334040 | |
| HFB588 | 39012 | 334041 | |
| HFB589 | 33600 | LY BOX | |
| HFB590 | 42934 | 334035 | |
| HFB591 | 38714 | 330912 | |
| HFB592 | 45765 | 334044 | |
| HFB593 | 29242 | 334045 | |
| HFB594 | 40803 | 334042 | |
| HFB595 | 45165 | 330907 | |
| | | | |

| | | | |
|---|---|---|---|
| HFB596 | 40777 | 334037 | |
| HFB597 | 41155 | 334036 | |
| HFB598 | 29700 | 330926 | |
| HFB599 | 35255 | 334038 | |
| HFB600 | 45165 | 330919 | |
| HFB601 | 40324 | 339668 | |
| HFB602 | 40882 | 339667 | |
| HFB603 | 42523 | 339666 | |
| HFB604 | 19342 | 344218 | |
| HFB605 | 385 | 344217 | |
| HFB606 | 17017 | 344217/35561 | |
| HFB607 | 20317 | 344218 | |
| HFB608 | 34925 | 344207 | |
| HFB609 | 11400 | KT bag | |
| total | 2301160 | | |

Best regards,
Cathleen

Sales Department
Shenzhen HuiBao Paper Products CO.,LTD

Direct Tel :(86)0755-29550126
Fax:(86)0755-29550156
ISO9001/ISO 14000 /FSC /SA8000 Certified Factory
Address: Building seven,1 to 5floor,Wandi Industrial Park,Xikeng community, Longhua New District Guanlan Office, Shenzhen P.R.C

Website: www.szhuibao.com.cn

From: Lockley, Lee
Date: 2018-05-11 22:27

# Exhibit C

From: cathleen@szhuibao.com.cn
Subject: CIP more information for reference
Date: Jun 11, 2018 at 1:59:58 AM
To: Paul Volpe pavolpe8606@icloud.com

Hello Paul,

following more information for reference

Best regards,
Cathleen

Sales Department
Shenzhen HuiBao Paper Products CO.,LTD

Direct Tel :(86)0755-29550126

Fax:(86)0755-29550156

ISO9001/ISO 14000 /FSC  /SA8000 Certified Factory

Address: Building seven,1 to 5floor,Wandi Industrial Park,Xikeng community, Longhua New District Guanlan Office, Shenzhen P.R.C

Website: www.szhuibao.com.cn

---

**From:** Shamah, Steve
**Date:** 2018-05-17 18:55
**To:** cathleen
**Subject:** Re: Wire

Just give me time to work with the professional team who is trying to help both of us.
 Once they give me best direction I will send to you
I have to find the best way to pay ALL to you. That is the most important goal.

Will send to you soon.
On May 17, 2018, at 6:17 AM, cathleen <cathleen@szhuibao.com.cn> wrote:

Dear Steve,

Thank you for your email
We really need some old payments as we talked before

And you need arrange some old payments of each month for us, if not, we will not survive too, thank you for you understand
As you can see that we are asking a payments for 2016. And now it's May, 2018. How can Mszhu handle?

By the way, where were you old payments as we released all year containers on 2016/2017? This is what we can't understand? And you told us that you will good sooon when we met in Hong Kong at each time. So now we still need wait and wait?


Cathleen


发自我的 iPhone

# Exhibit D



